```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ARTURO ESTEVEZ, individually and on                         :
behalf of all others similarly situated,                    :
                                                            :
                            Plaintiffs,                     :       21-CV-8845 (VSB)
                                                            :
              -against-                                     :            ORDER
                                                            :
                                                            :
BELLA ROSE PASSION ESSENTIALS,                              :
LLC,                                                        :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/13/21__

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's letter requesting that I dismiss this case and Plaintiffs' response letter requesting that I dismiss Defendant's letter for failure to retain counsel. (Docs. 7–8.) Defendant is a corporation and has not yet retained counsel. Since corporations may only appear in federal court through licensed counsel, *see Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993), it is hereby:

ORDERED that Defendant shall retain licensed counsel and direct counsel to file an appearance on ECF on or before December 23, 2021. I will not consider Defendant's individually filed letter.

IT IS FURTHER ORDERED that Defendant shall file its answer or otherwise respond to the complaint on or before January 3, 2022.

IT IS FURTHER ORDERED that if Defendant fails to answer the complaint by January 3, 2022 and if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 10, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to

prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: December 13, 2021
       New York, New York

VERNON S. BRODERICK
United States District Judge